No. 12–6471.   GREENE v. DEPARTMENT OF JUSTICE.   C. A. 6th Cir.   Certiorari denied.

No. 12–6472.   SPEAR v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.   Certiorari denied.

No. 12–6473.   RODIS v. CUCCINELLI, ATTORNEY GENERAL OF VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 12–6492.   DA VANG v. HOOVER.   C. A. 7th Cir.   Certiorari denied.

No. 12–6498.   FAULK v. LAMAS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–6500.   GROGANS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 12–6502.   LOZANO-GALVAN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–6514.   SARGENT v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 12–6537.   MCCLAIN v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 12–6549.   NORWOOD v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 12–6563.   FINGER v. ANDERSON COUNTY, TENNESSEE, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 12–6567.   DEL TORO-BARBOZA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–6587.   ANDREWS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–6590.   GARCIA-SANTOS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.